COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:           01-14-00064-CR

Style:                  Shamoon Ahmad

                        **v** The State of Texas

Date motion filed[*]:   June 23, 2014

Type of motion:         Motion for extension of time

Party filing motion:    Appellant

Document to be filed:   Appellant's response to *Anders* brief

If motion to extend time:

    Original due date:          July 2, 2014

    Number of extensions granted:       0         Current Due date:  July 2, 2014

    Date Requested:

Ordered that motion is:

    ☑      Granted

        If document is to be filed, document due:  **August 18, 2014**

        ☐      No further extensions of time will be granted

    ☐      Denied

    ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐      Other: _____

    **Appellant requests an extension of time to file his response and a copy of the appellate record.  We grant appellant's requests, order the Clerk of this Court to send a copy of the appellate record to appellant, and order appellant's response, if any, be filed no later than August 18, 2014.**

Judge's signature: /s/ Chief Justice Sherry Radack
                      ☒ Acting individually      ☐ Acting for the Court
Panel consists of _____

Date:  July 17, 2014

November 7, 2008 Revision